IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01683-WYD-MEH

PHILIP J. MCDONALD,

    Plaintiff,

v.

CITY OF COLORADO SPRINGS,
GORDON GOLDSTON, in his individual and official capacities, and
RICHARD W. MYERS, in his individual and official capacities,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 2, 2009.**

    The stay of discovery in this matter is hereby lifted. (*See* docket #18.) The deadlines are reset as follows:

        Discovery cutoff      **June 12, 2009**
        Dispositive Motions due  **July 10, 2009**

    The Final Pretrial Conference set for July 27, 2009, is **vacated** and **rescheduled** to Thursday, **September 10, 2009,** at **9:30 a.m.**