IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No. 08-cv-01683-WYD-MEH | Date:   July 7, 2009 |
| Courtroom Deputy: Cathy Coomes | **FTR – Courtroom C203** |

PHILIP J. MCDONALD,                                                              Hollie Lynn Wieland

    Plaintiff,

vs.

CITY OF COLORADO SPRINGS,                                              Lori R. Miskel
GORDON GOLDSTON, in his individual capacity,
GORDON GOLDSTON, in his official capacity,
RICHARD W. MYERS, in his individual capacity, and
RICHARD W. MYERS, in his official capacity,

    Defendants.

## COURTROOM MINUTES/MINUTE ORDER

**TELEPHONIC MOTION HEARING**

**Court in session:**     9:55 a.m.

Court calls case.  Appearances of counsel by telephone.

Discussion regarding Joint Motion for Leave to Amend Scheduling Order (Doc. #24, filed 7/6/09).

**ORDERED:**  The Joint Motion for Leave to Amend Scheduling Order (Doc. #24, filed 7/6/09) is GRANTED.  The following deadlines and hearings are set:

    1.    Discovery Cutoff:     **September 30, 2009**
    2.    Dispositive Motions:  **October 31, 2009**

    3.    Final Pretrial Conference:     **December 16, 2009, at 11:00 a.m.,** <u>to take place at the Court's facility at 212 N. Wahsatch Street, Colorado Springs, Colorado</u>.  In addition to filing a PDF copy with the Clerk of the Court, counsel should **e-mail** the proposed Final Pretrial Order in **Word or WordPerfect format** to Magistrate Judge Hegarty's chamber's email account at

|   |   |   |
|---|---|---|
|   |   | Hegarty_Chambers@cod.uscourts.gov **on or before December 9, 2009.** |
| 4. | **Settlement Conference:** | **December 9, 2009, at 8:30 a.m.,** to take place at the Court's facility at 212 N. Wahsatch Street, Colorado Springs. Attorney(s) and Client(s)/Client Representative(s), including an adjustor if an insurance company is involved, with full settlement authority **are to be present in person** for the Settlement Conference. In exceptional circumstances only, the appearance of the insurance representative by telephone may be approved in advance of the conference. Any party seeking such relief should file the appropriate motion with the Court. Each party shall submit a Confidential Settlement Statement to Magistrate Judge Hegarty **on or before December 2, 2009,** outlining the facts and issues in the case and the party's settlement position. In addition, each party shall disclose what it is willing to offer or accept in settlement. |

**Court in recess:**     **9:59 a.m.   (Hearing concluded)**
**Total time in court:**  0:04