IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01683-WYD-MEH

PHILIP J. MCDONALD,

    Plaintiff,

v.

CITY OF COLORADO SPRINGS,
GORDON GOLDSTON, in his individual and official capacities, and
RICHARD W. MYERS, in his individual and official capacities,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 9, 2009.**

    The Joint Motion for Entry of Stipulated Protective Order [filed July 8, 2009; docket #27] is **granted**. The Stipulated Protective Order is accepted and entered contemporaneously with this minute order.