IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01683-WYD-MEH

PHILIP J. MCDONALD,

      Plaintiff,

v.

CITY OF COLORADO SPRINGS,
GORDON GOLDSTON, in his individual and official capacities, and
RICHARD W. MYERS, in his individual and official capacities,

      Defendants.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 18, 2009.**

The Joint Motion for Leave to Amend Scheduling Order [filed September 18, 2009; docket #36] is **granted**.  The discovery deadline is extended up to and including **October 30, 2009**, and the dispositive motion deadline is extended up to and including **November 30, 2009**.  All other dates and deadlines set in this matter remain the same.