IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01683-WYD-MEH

PHILIP J. MCDONALD,

    Plaintiff,

v.

CITY OF COLORADO SPRINGS,
GORDON GOLDSTON, in his individual and official capacities, and
RICHARD W. MYERS, in his individual and official capacities,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 16, 2009.**

    In the interests of justice, Defendants' Motion for Leave to Amend Answer and Affirmative Defenses to Correct Clerical Mistakes and to Update Answers in Accord with Information Obtained through Discovery [filed October 8, 2009; docket #45] is **granted**. Plaintiff withdraws his objection to Defendants' request. (Docket #52.) Accordingly, the Clerk of Court is hereby directed to enter the Amended Answer and Affirmative Defenses located at Docket #45-2.