IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01683-WYD-MEH

PHILIP J. MCDONALD,

    Plaintiff,

v.

CITY OF COLORADO SPRINGS,
GORDON GOLDSTON, in his individual and official capacities, and
RICHARD W. MYERS, in his individual and official capacities,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 27, 2009.**

    The Joint Motion for Leave to Amend Scheduling Order [filed October 26, 2009; docket #55] is **granted in part** and **denied in part**. The parties may conduct the depositions of Gordon Goldston, Philip McDonald and Pamela McDonald on or before **November 20, 2009**. The dispositive motion deadline is extended up to and including **December 15, 2009**.